# F. S. Laughlin v. Supervisors of Greene Township.

The record of the Justice should show that the witnesses were either sworn or affirmed.

Suit for repairing roads should be against the Township and not against the Supervisors.

### SUPERVISORS—SWEARING WITNESSES.

C. P. Beaver Co., No. 62, September T., 1901.

Certiorari to J. M. Reed, J. P.

Buchanan & McConnel, for Supervisors of Greene Twp., Plaintiffs in Error.

D. A. Nelson, Esq., for Defendant in Error.

Suit by F. S. Laughlin against the Supervisors of Greene Township for repairing roads. Justice's transcript showed judgment for plaintiff "after hearing the allegations of the parties." On certiorari excepted to because suit was not brought against the Township instead of the Supervisors; also that the record did not show the witnesses to have been sworn.

Opinion by WILSON, P. J., January 28, 1902.

This suit should have been brought against the Township of Greene and service had upon its supervisors. This defect could be remedied by amendment and if there were nothing else in the specifications of error, the Court would sustain the record.

The record does not show that any witness was sworn. This is fatal to the record. The Justice says, "After hearing the allegations of the parties." "Allegations" does not imply a previous oath. An allegation is the assertion, declaration or statement of a party of what he can prove.

The Justice should have taken the statements or allegations of the parties under oath, and if he did, his record should so state.

The other specifications are not sustained.

Now, January 28, 1902, the judgment of the Justice is reversed and set aside.

Reported by Lawrence M. Sebring, Esq.,

Beaver, Pa.